**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The G2G Collection, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **G2G** <br> **Getaway 2 Give** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5040996** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5575 New Northside Drive Suite 200 Atlanta, GA 30339** <br> Number, Street, City, State & ZIP Code | **4777 Rebel Trail Atlanta, GA 30327** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton** <br> County | **Location of principal assets, if different from principal place of business** <br> **5575 New Northside Drive Suite 200 Atlanta, GA 30339** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **The G2G Collection, LLC**

Name                                                                 Case number *(if known)* _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **The G2G Collection, LLC**                                          Case number (*if known*) _____
                    Name

| | |
|---|---|
| **11.  Why is the case filed in this district?** | *Check all that apply:*<br><br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>■  Other  **Debtor's office furniture and records may be disposed of by former landlord if not claimed by trustee promptly.**<br><br>**Where is the property?**    **5575 New Northside Drive**<br>                                        **Suite 200**<br>                                        **Atlanta, GA, 30339-0000**<br>                                        Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>■ No<br>☐ Yes.   Insurance agency _____<br>              Contact name   _____<br>              Phone              _____ |

---

■    **Statistical and administrative information**

| | |
|---|---|
| **13.  Debtor's estimation of available funds** | *Check one:*<br><br>☐  Funds will be available for distribution to unsecured creditors.<br><br>■  After any administrative expenses are paid, no funds will be available to unsecured creditors. |

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **The G2G Collection, LLC** _____   Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2020** _____
MM / DD / YYYY

**X** **/s/ Adam Capes** _____        **Adam Capes** _____
Signature of authorized representative of debtor        Printed name

Title   **Manager** _____

**18. Signature of attorney**

**X** **/s/ Michael D Robl** _____   Date   **May 20, 2020** _____
Signature of attorney for debtor                              MM / DD / YYYY

**Michael D Robl 610905**
Printed name

**Robl Law Group LLC**
Firm name

**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
Number, Street, City, State & ZIP Code

Contact phone   **404-373-5153** _____   Email address   **michael@roblgroup.com** _____

**610905 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **The G2G Collection, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 20, 2020**__      X **/s/ Adam Capes**
                                         Signature of individual signing on behalf of debtor

                                         **Adam Capes**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The G2G Collection, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF GEORGIA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $      **2,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $      **2,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **293,040.64**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **40,336.54**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **1,510,169.93**

4.   Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b      $      **1,843,547.11**

**Fill in this information to identify the case:**

Debtor name    **The G2G Collection, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:       **0.00**    -    **0.00**    = ....    **Unknown**
face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$0.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **The G2G Collection, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Used office desks, chairs, file cabinets, TV monitor.** | **$0.00** | **N/A** | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.
$2,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| Debtor | **The G2G Collection, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Debtor's water dispenser might be leased.                                      $0.00                                      Unknown

**51.**   **Total of Part 8.**                                                                                                    $0.00

Add lines 47 through 50. Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites**<br>www.g2gcollection.com | $0.00 | | Unknown |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations**<br>Customer list of charity clients. | $0.00 | | Unknown |
| **64.    Other intangibles, or intellectual property** | | | |
| **65.    Goodwill** | | | |

**66.    Total of Part 10.**                                                                                              $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **The G2G Collection, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **SalesForce database** | **Unknown** |
|---|---|

78.    **Total of Part 11.**                                              **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor     **The G2G Collection, LLC**
_____     Case number *(If known)* _____
           Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **The G2G Collection, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Fox Capital Group, Inc.**<br>Creditor's Name<br><br>**c/o Joe Lieberman, Esq.**<br>**71 S. Central Ave., 2nd FL**<br>**Valley Stream, NY 11580**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Fox Capital Group, Inc. v. The G2G Collection, LLC and Adam M Capes Index No.: 504621/2020 Supreme Court of the State of New York, County of Kings** | $293,040.64 | $0.00 |

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2  LG Funding**<br>Creditor's Name<br>**1218 Union Street**<br>**Suite 2**<br>**Brooklyn, NY 11225**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **The G2G Collection, LLC**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **LSQ** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**315 E. Robinson St.
Suite 200
Orlando, FL 32801**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$293,040.64** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **The G2G Collection, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Allison Haynes**<br>**6750 Birch Bark Way**<br>**Flowery Branch, GA 30542** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,105.30** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Amanda Biffle**<br>**3221 Newton Street**<br>**Denver, CO 80211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$398.56** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      36884      Best Case Bankruptcy

Debtor   **The G2G Collection, LLC**

Case number (if known)

Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,389.31 | $0.00 |
|-----|---|---|---|---|

**Andrea Lusk**
**1990 Glen Dale Drive**
**Denver, CO 80215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.00 | $0.00 |
|-----|---|---|---|---|

**Brandy Hendry**
**1082 Greenbriar Circle**
**Decatur, GA 30033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,560.88 | $0.00 |
|-----|---|---|---|---|

**Brittany  Robinson (Beaudry)**
**2010 Eaton Street**
**Edgewater, CO 80214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,536.00 | $0.00 |
|-----|---|---|---|---|

**City of Sandy Springs**
**Revenue Division**
**7840 Roswell Rd, Bldg. 500**
**Atlanta, GA 30350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **The G2G Collection, LLC**
_____
Name

Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,814.87 | $0.00 |
|---|---|---|---|---|

**Doreen Saunders**
**1725 Sterling Trail SW**
**Marietta, GA 30008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | | $2,020.22 | $0.00 |

**Erin McGarry**
**1474 Sunshine Drive**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | | $100.00 | $0.00 |

**Holly Hersey**
**60 Ada Lane**
**Hoboken, GA 31542**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | | $258.22 | $0.00 |

**Jason Long**
**901 N Main Street**
**La Fayette, GA 30728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,353.25** | **$0.00** |
|---|---|---|---|---|

**Justin Bradshaw**
**1921 8th Street NW**
**Unite E-425**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,469.31** | **$0.00** |
|---|---|---|---|---|

**Justina Carroll**
**3305 Texas Avenue**
**Parkville, MD 21234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,222.18** | **$0.00** |
|---|---|---|---|---|

**Karen Shultz**
**5805 Davenport Divide Road**
**Austin, TX 78738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Linda Degenhardt**
**c/o Matthew Herrington, Esq.**
**101 Marietta St NW, Ste 2650**
**Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **The G2G Collection, LLC**                                        Case number (if known)
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.20 | $0.00 |
|---|---|---|---|---|

2.15    Priority creditor's name and mailing address

**Madison Autterson**
**3550 W. 38th Avenue**
**Denver, CO 80211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$564.20    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.16    Priority creditor's name and mailing address

**Michele Chester**
**812 Mathews Street**
**Fort Collins, CO 80524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,746.90    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.17    Priority creditor's name and mailing address

**Michele Richardson**
**755 Braves Avenue**
**Unit 1406**
**Lawrenceville, GA 30043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,196.74    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.18    Priority creditor's name and mailing address

**Sarah Beechler**
**2351 Newton Street**
**Denver, CO 80211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,863.36    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Sarah Rewold**
**c/o Matthew Herrington, Esq.**
**101 Marietta St NW, Ste 2650**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.76** | **$0.00** |
|---|---|---|---|---|

**Scott Daggett**
**1610 Boulder Street**
**Apt 203**
**Denver, CO 80211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$496.48** | **$0.00** |
|---|---|---|---|---|

**Tim Crain**
**811 Melbourne Road**
**Eagle, WI 53119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.40** |
|---|---|---|---|

**Access Media 3, Inc.**
**29124 Network Place**
**Chicago, IL 60673-1291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Acorns to Oaks**
**285 Sheridan Drive**
**Atlanta, GA 30305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **The G2G Collection, LLC**
_____    Case number *(if known)* _____
Name

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,712.00** |
|---|---|---|---|

Adam Capes
4777 Rebel Trail
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Expense Reimbursement_

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

AFP ICON
Accounts Receivable
4300 Wilson Blvd. Ste 300
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,315.00** |
|---|---|---|---|

AirPro
#38 Queen Street
Nassau The Bahamas

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.02** |
|---|---|---|---|

Ajax Electric, Inc
P.O. Box 8193
Aspen, CO 81612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$705.00** |
|---|---|---|---|

Alpert Enterprises, LLC
2401 West Bay Drive
Suite 304
Largo, FL 33770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

American Express
PO Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,483.69** |
|---|---|---|---|

AmeriGas
P.O. Box 7155
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew Smith**
**800 Yamato Road**
**Suite 100**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Andy Roddick Foundation**
**ATTN: JJ Langston**
**8509 FM 969 Bldg 509**
**Austin, TX 78724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |
|---|---|---|---|

**Animoto**
**10 Astor Place**
**440 Lafayette Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$252.75** |
|---|---|---|---|

**AT&T c/o Bankruptcy**
**4331 Communications Dr**
**Flr 4W**
**  AR 72511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$487.50** |
|---|---|---|---|

**Auction By Bear**
**Bear Herbert**
**2804 Dedman**
**Pasadena, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$542.50** |
|---|---|---|---|

**Auction Eventworks/AMC Bid**
**170 Boulevard, SE**
**Suite B806**
**Atlanta, GA 30312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,192.00** |
|---|---|---|---|

**AVisp.com**
**6117 Red Winery Road**
**Geyserville, CA 95441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The G2G Collection, LLC**
Name

Case number (*if known*)

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.72 |
|---|---|---|---|

**Bahamas Power and Light**
**PO BOX N-7509**
**Nassau**
**Bahamas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bank of America**
**P.O. Box 15019**
**Wilmington, DE 19886-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Becky Shepard**
**3276 Cypress Lane**
**Tahlequah, OK 74464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482.50 |
|---|---|---|---|

**Blacktie Benefit Auctions, LLC**
**13510 Midlothian Tpke**
**Suite B**
**Midlothian, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Blue Pencil**
**2902 Ambergate Road**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Bond Property Management**
**One Cable Beach**
**West Bay Street, Nassau**
**BAHAMAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brent Avery**
**2083 Woodside Park Drive**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The G2G Collection, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Bret Butler**
**4830 Boxer Blvd**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brett Engelhard**
**10422 Lone Star Place**
**Davie, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian McCarthy**
**1594 Friar Truck Road NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,404.12** |
|---|---|---|---|

**Brook Furniture Rental**
**100 Field Drive**
**Suite 220**
**Lake Forest, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,512.19** |
|---|---|---|---|

**Brook Middleton**
**4530 Moraga Ave**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**California Franchise Tax Board**
**P.O. Box 942857**
**Sacramento, CA 94257-0531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,907.50** |
|---|---|---|---|

**Castello Thomson**
**35 Thelma Ave**
**Toronto, Ontario M4V 1X8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,131.47 |
|---|---|---|---|

**Catalinas Property**
**Management Services**
**Las Catalinas, Guanacaste**
**COSTA RICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,851.58 |
|---|---|---|---|

**CBRE LIMITED**
**9-12 Bow Street**
**Covent Garden, London WC2E 7AB**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,550.00 |
|---|---|---|---|

**Champions Off the Field**
**c/o Michael Cook, Esq.**
**7800 N. Mopac Expy. Ste**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,614.50 |
|---|---|---|---|

**CharityACE LLC**
**106 Confidence Cove**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chase Visa**
**Card Svcs**
**PO Box 15153**
**Wilmington, DE 19886-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,252.00 |
|---|---|---|---|

**Chris Ellis**
**Endeavor Real Estate Group**
**500 West 5th St. Ste 700**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Strong**
**1015 Atlantic Blvd**
**Suite 338**
**Atlantic Beach, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,613.71** |
|---|---|---|---|

**Churchill Living**
**56 Utter Avenue**
**Hawthorne, NJ 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,623.04** |
|---|---|---|---|

**Citybell, LLC**
**177 Irving Avenue**
**Apt 1R**
**Brooklyn, New York 11237-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,657.68** |
|---|---|---|---|

**Colorado Holdings, LLC**
**990 S. Rock Blvd**
**Suite F**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.87** |
|---|---|---|---|

**Comcast Business**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.40** |
|---|---|---|---|

**ComEd**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.18** |
|---|---|---|---|

**ComED**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.69** |
|---|---|---|---|

**conEdison**
**P.O. BOX 1702**
**New York, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corporate Creations**
801 US Highway 1
North Palm Beach, FL 33408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Country Life Acres Trust**
288 Schuetz Road
STE A40
St. Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.41** |
|---|---|---|---|

**CSC**
251 Little Falls Drive
Wilmington, DE 19808-1674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$697.00** |
|---|---|---|---|

**CT Corporation**
P.O. Box 4349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,071.25** |
|---|---|---|---|

**Custom Benefit Auctions**
P.O. Box 416
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,987.40** |
|---|---|---|---|

**Cybergate IT, LLC**
99 Grove Park Ln
Woodstock, GA 30189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,600.00** |
|---|---|---|---|

**CYMS US Holdings, LLC**
211 S. Van Dien Ave
Ridgewood, NJ 07450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337.50**

Darfler Benefit Auctions &
Consulting
1523 Monarch Circle
Naperville, IL 60564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

David Capes
150 Carondalet Plaza
#1503
Saint Louis, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.50**

David P Ackel Auction, LLC
506 King Eider Lane
Cedar Park, TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,353.77**

David Valentine
21306 Beach Blvd.
#205
Huntington Beach, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.00**

Debbie Scheer

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,800.00**

Dhirenda K. Dhir, Anita Dhir
2711 S Ocean Dr.
Unit 3402
Hollywood, Florida 33019-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$529.06**

DirecTV
P.O. Box 105261
Atlanta, GA 30348-5261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,777.50** |
|---|---|---|---|

**DK Consultant Inc dba**
**California Coast Auctions**
**27082 Cordero Lane**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |
|---|---|---|---|

**DocuSign, Inc**
**Dept. 3428**
**P.O. Box 123428**
**Dallas, TX 75312-3428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Dr. Joe Mlakar**
**10909 Bushnell Court**
**Fort Wayne, Indiana 46845-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dr. Tim Carmody**
**14162 Willow Drive**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**DSI Mechanical Solutions**
**P.O. Box 876**
**Glenwood Springs, CO 81602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,375.00** |
|---|---|---|---|

**E.C.C & Associates**
**E.C.C & Associates**
**26 Railroad Ave. Suite 117**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,444.39** |
|---|---|---|---|

**Ellen Shumaker**
**16 Ghost Pony Road**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Emma Rodriguez**
**238 15th Street**
**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,976.52** |
|---|---|---|---|

**EnV Chicago**
**161 West Kenzie**
**Unit #2211**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,333.00** |
|---|---|---|---|

**EnV Chicago**
**161 West Kenzie**
**Unit #2701**
**Chicago, Illinois 60654-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,750.00** |
|---|---|---|---|

**Epiphany**
**9781 S Meridian Blvd**
**Suite 200**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Equity Estates Fund I, LLC**
**750 Hammond Drive**
**Bldg. 6, Suite 300**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,603.05** |
|---|---|---|---|

**Equity Residential**
**105 West 29th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,975.00** |
|---|---|---|---|

**Five Star Services Property**
**Management**
**PO Box 497**
**Edwards, CO 51632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **The G2G Collection, LLC**

Name

Case number *(if known)*

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.00 |
|---|---|---|---|

**Fladeboe Auctions**
**2616 West River Parkway**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,600.00 |
|---|---|---|---|

**Flamingo Beach Villa**
**Management, LLC**
**55 E Jackson Blvd, Ste 500**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,600.00 |
|---|---|---|---|

**Flamingo Beach Villa, LLC**
**55 E Jackson Blvd**
**Ste 500**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.50 |
|---|---|---|---|

**Fletcher Properties**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.31 |
|---|---|---|---|

**Florida Power & Light**
**General Mail Facility**
**Miami, Florida 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.41 |
|---|---|---|---|

**Fontis Mountain Spring Water**
**P.O. Box 4005**
**Marietta, GA 30061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,601.50 |
|---|---|---|---|

**Fox Rothschild LLP**
**997 Lenox Dr**
**Bldg 3**
**Lawrenceville, NJ 08648-2317**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,276.90** |
|---|---|---|---|

**Francine Ivey**
**2300 South Michigan Ave**
**Unit 716**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,652.88** |
|---|---|---|---|

**Frazier & Deeter**
**1230 Peachtree Street**
**Suite 1500**
**Atlanta, Georgia 30309-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,312.25** |
|---|---|---|---|

**Gabriella Gullotti**
**87 Rue des Roseaux**
**NDIP, Quebec J7C 9Y6**
 **CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Gail Kandel**
**8405 Topping Road**
**Pikesville, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**gEvents LLC**
**11815 SW Terra Linda St**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.56** |
|---|---|---|---|

**Gilchrist & Soames**
**P.O. Box 870**
**Plainfield, IN 46168-0870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GMK Holdings**
**142 Lucia Court**
**Jupiter, FL 33478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Gary Kunath_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The G2G Collection, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$902.50**

Greg Dellinger
1333 Clyde Drive
Naperville, IL 60565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58.00**

Greg Smith
2684 West Long Place
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

Hacienda Beach Club & Resid.
Gomez Farias S/N Col El Medano
Cabo San Lucas, BCS 23453
Mexico

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Hadley  Engelhard
6000 Lake Forrest Drive
Suite 370
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

Hagler Auction Group
33505 E 156TH CT
Hudson, CO 80642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,723.49**

Handler Thayer LLP
191 North Wacker Drive
23rd Floor
Chicago, IL 60606-1633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Hankco LLC
c/o Philip Fraccola
6031 Bay Hill Circle
Jamesville, NY 13078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **The G2G Collection, LLC**
Name

Case number (if known)

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |
|---|---|---|---|

**Heritage Preparatory School**
**1700 Piedmont Ave NE**
**Atlanta, Grorgia 30324-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.50** |
|---|---|---|---|

**Holy Cross Energy**
**3799 HIGHWAY 82**
**PO BOX 2150**
**GLENWOOD SPRINGS, Co 81602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$412.50** |
|---|---|---|---|

**Hopson Auction Company**
**3029 Westforest Drive**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Inmobiliaria La Seranata S.A.**
**Desierto de los Leones 52**
**Subancia 1 Col. San Angel**
**Mexico City, 01000 MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Intrepy Healthcare Marketing**
**Justin Knott**
**4007 Treelodge Parkway**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,893.91** |
|---|---|---|---|

**IPFS Corporation**
**1122 Lady Street**
**Suite 1080**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265.00** |
|---|---|---|---|

**Jacqueline Towers-Perkins**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jahri & Takia Evans**
**103 Church Street**
**PH 20**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**JC Moreno**
**PO Box 766**
**Cloverdale, CA 95425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,185.00**

**JDH Auction Services, LLC**
**400 W Mount Airy Ave**
**Philadelphia, PA 19119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jeff Leventhal**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Jerry Fox**
**207 Peregrine Lane**
**Hawthorn Woods, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$752.50**

**Jim Berz**
**2667 S. Newport St**
**Denver, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,775.00**

**Jim Nye**
**The Benefit Auction Guy**
**1290 N. Kraemer Blvd**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,090.01 |
|---|---|---|---|

**Jive Communications, Inc**
PO Box 412252
Boston, MA 00041-2252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joel Stead**
18506 Bearpath Trail
Eden Prairie, MN 55347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,171.25 |
|---|---|---|---|

**Johnny Bravo Entertainment**
12127 Arbor Blue
Cypress, TX 77433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,907.66 |
|---|---|---|---|

**Jonathan Randall**
Flamingo Beach Road
Guanacaste Province
Playa Flamingo, COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.50 |
|---|---|---|---|

**Jones Swenson Auction Marketing, Inc.**
900 RR 620 S.
Ste. C101, PMB 200
Austin, TX 78734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh Goodhart**
5970 Long Island Drive NW
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh Perlstein**
Response Media
3155 Medlock Bridge Road
Norcross, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,211.54**

**Julie Brown & Dan de Serpa**
**931 Ridgeview Drive**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**K. Deweese Events**
**4455 Camp Bowie**
**Suite 114 #11**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Karlo Meave**
**1444 Grand Blvd**
**Apt 2504**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,251.25**

**Kelly Banc**
**298 Deer Run**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.50**

**Kelly Russell Auctions, LLC,**
**dba Artisan Auctions**
**9498 SW Barbur Blvd. Ste 302**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kelvin R. Westbrook**
**8315 Kingsbury Blvd.**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,995.00**

**KLM Auctions (Keith McLane)**
**5509 Susan Way**
**Carmichael, CA 95608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The G2G Collection, LLC**

Name

Case number (if known)

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,569.51 |
|---|---|---|---|

**LA Brands**
**AIA Services, LLC**
**8148 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lake River Place (Sammy Grant)**
**333 Sandy Springs Circle**
**Suite 121**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.50 |
|---|---|---|---|

**Lambert Auction Co, Inc.**
**1312 Rodden Dr**
**Decatur, TX 76234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,165.00 |
|---|---|---|---|

**Lamoreaux Auction and Appraisal LLC**
**11628 Old Belding Road**
**Belding, MI 48809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larissa Chaikowsky**
**BMO Financial Group**
**111 W. Monroe, 12 W**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.49 |
|---|---|---|---|

**Larry West**
**75 Dennison Drive**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Laura Kelly.**
**625 Amanda Furnace Dr**
**Ashland,, KY 41101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The G2G Collection, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,354.59 |
|---|---|---|---|

**Laura Parker**
**3395 Dry Creek Road**
**Napa, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,377.00 |
|---|---|---|---|

**LAW Holland & Hart**
**P.O. Box 17283**
**Denver, CO 80271-0283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LEAF Capital Funding, LLC**
**1720A Crete Street**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Legacy Auction Professionals(Lenny Mulli**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,991.11 |
|---|---|---|---|

**Lisa L. Baruth-Canada**
**463 Whiting Rd**
**PO 5644**
**Eagle, CO 81631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,695.00 |
|---|---|---|---|

**Lucy Rios**
**PO Box 5161**
**Eagle, CO 81631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,131.54 |
|---|---|---|---|

**Luxury Villa Collections**
**9360 Malheur Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The G2G Collection, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Luxus Management Co. Ltd.**
330,849 Premier Way
Sherwood Park, AB T8H 0V2 CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
|---|---|---|---|

**M Bonnett Family Trust**
2133 Merida Court
La Jolla, California 92037-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,150.00 |
|---|---|---|---|

**MA Laz Farm, LLC**
4 Bannockburn CT
Bannockburn, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,867.50 |
|---|---|---|---|

**Magali Llamas**
1782 Pine Street #10
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,100.00 |
|---|---|---|---|

**Make-A-Wish**
c/o Steven Meckler, Esq.
101 S. Tryon St., Ste 2200
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Make-A-Wish of Central and Western North Carolina**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.50 |
|---|---|---|---|

**Marc E Bunting**
2030 SW MCALISTER AVE
TOPEKA, KS 66604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Marc Poulin**
145 Bar Street, Unit 1
Saint-Laurent, QC H4T 1W6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**Marisa's Mission, Inc.**
c/o Theresa Koppanati, Esq.
300 Crown Colony Dr., Ste 500
Quincy, MA 02169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,880.00**

**Mark & Cinde Cain Schaffer (Marivel,Chul**
**Seanet Kiawah, LLC**
322 Karen Avenue, Unit 3607
Las Vegas, NV 89109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00**

**Mark & Heather Willier**
3607 Oceanfront Boulevard
Unit 7
San Diego, CA 92109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**Mark O. Hackner PFOG**
1266 W. Paces Ferry Road
Box 443
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147.50**

**Mark Schustrin Auctioneer**
1007 Havenhurst Drive
Los Angeles, CA 90046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mark T. Hawkins**
P.O. Box 3192
Midland, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$321.07**

**Marks The Spot Events**
20 Enterprise Ct
Suite 9
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The G2G Collection, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150** Nonpriority creditor's name and mailing address

**Marquam Auction Agency, LLC**
521 SW 11th Ave.
Suite 306
Portland, OR 97205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.151** Nonpriority creditor's name and mailing address

**Mary Beth and Ross Sabath**
1776 Victoria Pointe Circle
Weston, FL 33327

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,000.00**

---

**3.152** Nonpriority creditor's name and mailing address

**Matouk**
118 W 22nd Street
9th Floor
New York, NY 10011

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$84.38**

---

**3.153** Nonpriority creditor's name and mailing address

**Matthew Bennett**
116 Arrayan
Bucerias, MX 63732 Mexico

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,363.70**

---

**3.154** Nonpriority creditor's name and mailing address

**McLain Investments, LLC**
101 Brightwood Drive
Lafayette, Louisiana 70508-0000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36,467.50**

---

**3.155** Nonpriority creditor's name and mailing address

**Meares & Associates, LLC**
2 Hidden Fawn Place
Simpsonville, SC 28680

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.156** Nonpriority creditor's name and mailing address

**Melanie & Patrick Zimmer**
8528 N Donnelly Court
Kansas City, MO 64157

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name | |

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.50**

**Michael Blair Productions**
P.O. Box 551108
Atlanta, Georgia 30355-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$356.80**

**Michael Thompson**
Box 1168
Avon, CO 81620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Michele A. Coffey**
Morgan Lewis
101 Park Avenue
New York, NY 10178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Michele LaRocca**
90 Bedell Avenue
Hempstead, NY 11550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,152.50**

**Michelle Hill (Blue Girl Concierge 30A)**
90 Albatross Court
Santa Rosa Beach, FL 32459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mike Lazarus**
Laz Ten The Palms
Flamingo Beach Rd., Guanacaste
Playa Flamingo, COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Mimi's Cleaning**
P.O. Box 2310
Edwards, CO 81632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00** |
|---|---|---|---|

**Montero Productions**
**Montero Productions**
**10608 NE 13th Street**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,250.00** |
|---|---|---|---|

**Monumental Partnership Ltd (Arrowleaf De**
**5615 Piping Rock Lane**
**Houston, Texas**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mountain Home Photo**
**114 Apen Village Road**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,910.00** |
|---|---|---|---|

**Mountain Management**
**0026 Avondale Lane**
**Avon, CO 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,121.25** |
|---|---|---|---|

**Murad Auction Group, LLC (Louis Murad)**
**3105 Burgundy Trail**
**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Muy Ono**
**34 Herff Road**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Muy Ono (Thatch Caye)**
**2101 Montopolis Drive**
**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The G2G Collection, LLC**
Name

Case number *(if known)*

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.50 |
|---|---|---|---|

**Nashville Benefit Auctions**
4642 Shores Road
Murfreesboro, TN 37128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.78 |
|---|---|---|---|

**Nate's Laundry**
1844 Lanark Drive
Vallejo, CA 94591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.00 |
|---|---|---|---|

**National Corporate Research**
850 New Burton Road
850 New Burton Road Suite 201
Dover, Delaware 19904-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Nick DiNieri**
27330 Albion Ct
Tamecula, CA 92591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicolas Meakins**
606 Rue De la Sucrerie
Montreal, QC H3K2G7
CANADA

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $967.18 |
|---|---|---|---|

**Nicole Alejandra Thein**
**Luxury Getaways LLC**
36 NE 1st Street Suite 607
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nilus de Matran (Sonoma)**
1924 20th Street
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Noel Acutioneer & Marketing Group**
114 Pasadena Drive
Lexington, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,472.65** |
|---|---|---|---|

**North of Nell Condiminiums**
555 E. Durant
Aspen, CO 81611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,150.00** |
|---|---|---|---|

**North Shore Animal League**
25 Davis Avenue
Port Washington, NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$387.00** |
|---|---|---|---|

**Owner's Helper, Inc.**
1132 Cutter Lane
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oxley Ventures (Joel Stead)**
18506 Bearpath Trail
Eden Prairie, MN 55347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Palms Oceanside Villa Mgmt, LLC**
55 E Jackson Blvd
Ste 500
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Palms Oceanside Villa, LLC**
55 E Jackson Blvd
Ste 500
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | The G2G Collection, LLC | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--|--|--|
| | **Park City Rentals**<br>**314 Main Street**<br>**Ste 201**<br>**Park City, UT 84060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.50 |
|-------|--|--|--|
| | **Pat Tully, Inc.**<br>**45 W. 60th Street**<br>**Apt 30C**<br>**New York, NY 10023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--|--|--|
| | **Paul Oblon**<br>**2056 Westings Ave**<br>**Suite 500**<br>**Naperville, IL 60563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.00 |
|-------|--|--|--|
| | **PB Cleaners LLC**<br>**1100 Industrial Blvd**<br>**Space I-4**<br>**Chula Vista, CA 91911-2645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,382.22 |
|-------|--|--|--|
| | **Pest Away**<br>**45 Broadway**<br>**10th FL**<br>**New York, NY 10006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|-------|--|--|--|
| | **Pettit Photography**<br>**P.O. Box 852**<br>**Vail, Colorado 81658-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $808.72 |
|-------|--|--|--|
| | **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, California 95899-7300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The G2G Collection, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address

Pitney Bowes
P.O. Box 371896
Pittsburgh, Pennsylvania 15250-7896

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.48**

---

**3.193** | Nonpriority creditor's name and mailing address

Playa Flamingo Villa, LLC
4 Bannockburn CT
Bannockburn, IL 60015

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194** | Nonpriority creditor's name and mailing address

Portnoy Garner & Nail LLC
3350 Riverwood Parkway
Suite 460
Atlanta, GA 30339

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195** | Nonpriority creditor's name and mailing address

Project C.U.R.E.
10377 E Geddes Ave
Centennial, CO 80112

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.196** | Nonpriority creditor's name and mailing address

Rachel Tracz
5810 Lee Ave
Richmond, VA 23226

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.197** | Nonpriority creditor's name and mailing address

Red Cloud Auctions
1045 TUNBRIDGE COURT
Lawrenceville, GA 30043

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$510.00**

---

**3.198** | Nonpriority creditor's name and mailing address

Resort Maintenance Partners
1130 North County Hwy 395
Suite A
Santa Rosa Beach, FL 32459

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$331.00**

---

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Rick Gallo Auctioneer**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Rick Ragghianti**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00** |
|---|---|---|---|

**RM Auctioneers LLC**
**dba Beeline Auctions**
**10770 South 49th West Avenue**
**Sapulpa, OK 74066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,867.50** |
|---|---|---|---|

**Rogers Diversified, Inc.**
**8036 Puddleduck Lane**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,849.86** |
|---|---|---|---|

**Running On MT**
**SKI Town, Box 1168**
**Avon, CO 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,051.50** |
|---|---|---|---|

**Saffer and Company, Inc.**
**23415 RIO DEL MAR DR**
**BOCA RATON, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,637.23** |
|---|---|---|---|

**Sandra (Susie) Huddleston**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,195.00** |
|---|---|---|---|

**Sayre & Jones Auctioneers, Ltd.**
**1836 North Ridge Avenue**
**Arlington Heights, Illinois 60004-3749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sean Dollinger**
**c/o Holiday H. Russell, Esq.**
**2699 Stirling Rd., Ste A-105**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Sean Dollinger v. G2G Collection, LLC and Adam Capes**
**CASE NO.: 50-2020-CA-004191 XXXX MB**
**Judicial Circuit for Palm Beach County, Florida**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$597.50** |
|---|---|---|---|

**Shane Mouton Auctioneer**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Silverman, Thompson, et al.**
**201 N. Charles Street**
**26th Floor**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,786.64** |
|---|---|---|---|

**Sky Companies, Inc.**
**9703 North Courtland Dr**
**Mequon, Wisconsin 53092-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$209.62** |
|---|---|---|---|

**Spectrum**
**PO Box 11820**
**Newark, NJ 07101-8120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112.50** |
|---|---|---|---|

**Subyn Novelle Wadsworth**
**Auctions by Subyn LLC**
**10632 N Scottsdale #B-521**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,450.00** |
|---|---|---|---|

**SWFL Children's Charities, Inc**
**2031 Jackson Street**
**Suite 110**
**Fort Myers, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$885.00** |
|---|---|---|---|

**Swing City Auctions**
**5760 Legacy Drive**
**Suite B3-518**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Taylor English Duma LLP**
**c/o Gerald B. Kline, Esq.**
**1600 Parkwood Circle, Ste 200**
**Atlanta, GA 30330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,150.00** |
|---|---|---|---|

**The Animal Defense Partnership**
**3 West Main Street**
**Suite 201-e**
**Irvington, NY 10533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,000.00** |
|---|---|---|---|

**The Arc of the Capital Area**
**c/o Kristi M. Aronica, Esq.**
**100 Congress Ave. Ste 2000**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Eden Club**
**St. Andrews**
**Cupar, KY15 2SW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Levanter Accounting Group**
**1659 Hwy 20 W**
**Suite 126**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The G2G Collection, LLC**                          Case number (if known) _____
_____
Name

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,437.62 |
|---|---|---|---|

**The Promo Girl, LLC**
**5372 Turnberry Drive**
**Westerville, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96.30 |
|---|---|---|---|

**The Property Crew**
**Unit 2.25, Q West, Great West Road**
**Brentford, Middlesex, TW8 0GP**
 **United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**The Residence Club at Teton Springs**
**3485 N. Pines Way Suite 108**
**Wilson, WY 83014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Porth**
**220 West Ridgeway**
**Suite 105**
**Waterloo, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thrall Enterprises, Inc.**
**180 N Stetson Ave Suite 4330**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,055.92 |
|---|---|---|---|

**Tish Jimenez**
**206 Lacet Ct**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TradeWinds Yacht**
**Mill Mall, STE 6**
**Wickhams Cay 1 PO Box 3085**
**Road Town Tortola, VG1110 BVI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,480.00** |
|---|---|---|---|

**Trevor Maurer**
**6930 Carmel Court**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,027.50** |
|---|---|---|---|

**Triton Recovery Group, Inc.**
**1600 S. Federal Highway**
**Suite 600**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,400.00** |
|---|---|---|---|

**UPLYFT**
**Elite VIP Access LLC**
**316 Bergen Street Suite 307**
**New York, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vallarta Rentals/Luxury Proper**
**Terralta 2 Calle Arrayan 120**
**Bucerias Riviera Nayarit 63732**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.98** |
|---|---|---|---|

**Vallarta Transfers & Incentive**
**Manuel Avila Camacho #334**
**Lazaro Cardenas Vallarta**
**Jalisoco, 48330 MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,037.00** |
|---|---|---|---|

**Velasquez Landscape**
**Construction, Inc.**
**P.O. Box 1408**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,096.00** |
|---|---|---|---|

**Venice Simplon Orient Express**
**205 Meeting Street**
**Charleston, SC 29401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.20 |
|---|---|---|---|

**Verizon Communications**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.67 |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,336.62 |
|---|---|---|---|

**Virginia Mock**
127 1/2 43rd Street
Newport Beach, CA 92663

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.50 |
|---|---|---|---|

**Walker Auctions**
1930 Exeter Road
Germantown, TN 38138

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,000.00 |
|---|---|---|---|

**WaterSound**
6508 Twin Oaks Drive
Plano, TX 75024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Wayne Wheat Enterprises**
3109 Westchester Avenue
College Station, TX 77845

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.50 |
|---|---|---|---|

**Willmann Auctions**
509 King Eider Lane
Cedar Park, TX 78613

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The G2G Collection, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,005.00** |
| --- | --- | --- | --- |

**Winter Capriola Zenner LLC**
**3490 Piedmont Rd NE**
**#800**
**Atlanta, GA 30305**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,977.52** |
| --- | --- | --- | --- |

**WOW Factor Lifetime**
**Experiences**
**4920 Atlanta Hwy #438**
**Alpharetta, GA 30004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$380.00** |
| --- | --- | --- | --- |

**WP LLC**
**924 Maxwell Street**
**Healdsburg, CA 95448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Xiomara Estrella**
**Manzana 45, No. 1 Calle A**
**Punta Cana, Higuey**
**Provincia La Altagracia, Repub**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$392.50** |
| --- | --- | --- | --- |

**Yvette Robinson**
**58 Queen s Gate Flat 1A**
**London, SW7 5JW**
**United Kingdom**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Trevor Maurer**<br>**1624 Hutton Place**<br>**Cumming, GA 30041** | Line **3.227**<br><br>☐ Not listed. Explain ___ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. $ | 40,336.54 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,510,169.93 |

Debtor    **The G2G Collection, LLC**                                Case number (*if known*) _____
_____
Name

**5c. Total of Parts 1 and 2**                                          5c.    $ _____ **1,550,506.47**
Lines 5a + 5b = 5c.

## Attorney's Notes to Schedules E and F

Various creditors have asserted formal demands (*e.g.*, through demand letters or the lawsuits referenced in the Statement of Financial Affairs), or informal demands (*e.g.*, through emails or social media posts), disparaging the Debtor or making claims beyond breach of contract.  Debtor disputes such claims of wrongdoing, whether previously asserted or unasserted, even if a claim is not marked as "disputed" on Schedules E and F.  Claims might not be marked as "disputed" for various reasons, including in recognition that a claim arising from a creditor's payment for unfulfilled services might exist, or that a claim of a debt might exist, apart from any claim of wrongdoing.  The Schedules do not contain a place to indicate that one type of claim is "disputed" and another type of claim by the same creditor is "undisputed."  This is not an admission of any wrongdoing.

Debtor has examined the information in this filing by reference to its business records and has indicated its reasonable belief that the information is true and correct as certified in the Schedules; however, due to the large number of creditors, Debtor reserves the right to make amendments, including if additional information or different information becomes available upon further review of Debtor's records or upon review of information from outside sources.

**Fill in this information to identify the case:**

Debtor name __The G2G Collection, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **The G2G Collection, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **The G2G Collection, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$663,048.45** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$5,752,964.60** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$7,676,408.94** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

Debtor    **The G2G Collection, LLC**                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Cybergate IT, LLC**<br>**99 Grove Park Ln**<br>**Woodstock, GA 30189** | **4/23/20** | **$2,371.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Anne Diebel** | **4/27/20** | **$650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **IPFS Corporation**<br>**1122 Lady Street**<br>**Suite 1080**<br>**Columbia, SC 29201** | **4/28/20** | **$418.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **GoDaddy**<br>**14455 North Hayden Road**<br>**Suite 219**<br>**Scottsdale, AZ 85260** | **4/28/20** | **$354.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **MailChimp** | **4/28/20** | **$699.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Adam Capes**<br>**4777 Rebel Trail**<br>**Atlanta, GA 30327**<br>**Member of board of directors.** | | **$69,070.00** | **Mr. Capes paid for $170,000.00 certain expenses out-of-pocket and received partial reimbursement from the company.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **The G2G Collection, LLC**                                          Case number *(if known)* _____

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Elite Alliance, LLC**<br>**100 Corporate Woods**<br>**Suite 220**<br>**Rochester, NY 14623** | **Debtor had an exchange agreement with Elite Alliance for travel credits, but when Elite Alliance could not get enough credits from Debtor, Elite Alliance took credits from Debtor's customers who had received them from Debtor.**<br>Last 4 digits of account number: _____ | | $100,000.00 |
| **Fox Capital Group and Square** | **Fox Capital Group and Square may have taken credit card receipts within 90 days of the Petition.**<br>Last 4 digits of account number: _____ | | **Unknown** |

---

**Part 3:**    **Legal Actions or Assignments**

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sean Dollinger v. G2G Collection, LLC and Adam Capes**<br>**50-2020-CA-004191-XXXX-MB** | Civil | **Palm Beach County 15th Judicial Circuit**<br>**205 N. Dixie Hwy**<br>**West Palm Beach, FL 33401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Fox Capital Group, Inc. v. The G2G Collection, LLC dba Get Away 2 Give and Adam M Capes**<br>**504321/2020** | Contract | **Supreme Court of the State of New York**<br>**County of Kings** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Taylor English Duma LLP v. G2G Collection, LLC** | Fee Arbitration | **State Bar of Georgia** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **The G2G Collection, LLC**                                    Case number *(if known)*  _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Free trips given to charities here** | **Debtor, in connection with the charities it provided services, would give charities additional free trips to sell at charity auctions.** | | **Unknown** |
| **Recipients relationship to debtor** | | | |

---

<span style="background:#000;color:#fff">**Part 5:**</span>    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

<span style="background:#000;color:#fff">**Part 6:**</span>    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Robl Law Group LLC 3754 LaVista Road Suite 250 Tucker, GA 30084** | **Attorney Fees** | **4/15/2020** | **$4,285.59** |
| **Email or website address michael@roblgroup.com** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **The G2G Collection, LLC** | Case number *(if known)* _____ |

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

**Part 7:**  **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Information to be provided by Mr. Capes** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **Unknown** |

Debtor    **The G2G Collection, LLC**                                        Case number *(if known)* _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **The G2G Collection, LLC**                                              Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Armand Kadima** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **former office located at<br>5575 New Northside Dr,<br>Atlanta, GA 30339** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Adam Capes** | **4777 Rebel Trail<br>Atlanta, GA 30327** | **Sole current member of board of directors.** | |

Debtor    **The G2G Collection, LLC**                     Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Trevor Maurer | | Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tim Carmody | | Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Don Thompson | | Member of Board of Directors | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **The G2G Collection, LLC**                                        Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2020**

**/s/ Adam Capes**                                        **Adam Capes**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **The G2G Collection, LLC**                                      Case No. _____
                                          Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **4,285.59** |
    | Prior to the filing of this statement I have received | $ | **4,285.59** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Garrett Nail; of-counsel**

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Analysis of Debtor's situation; Advising Debtor on requirements of Bankruptcy Code and Federal Rules of
        Bankruptcy Procedure; Assisting in preparation of Schedules and Statement of Financial Affairs; Seeking
        extensions as needed; Preparations for and attending 341 meeting; Assisting in responses document requests;
        Communications with creditors and trustee; and, Other ordinary Chapter 7 legal services.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **adversary proceedings; contested matters; Rule 2004 examinations and depositions; appeals.  Any services not
        within original retainer shall be invoiced hourly at 350/hr for principals of the firm, $250/hr for associates, and
        $150/hr for paralegals.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **May 20, 2020** | **/s/ Michael D Robl** |
| *Date* | **Michael D Robl 610905** |
| | *Signature of Attorney* |
| | **Robl Law Group LLC** |
| | **3754 LaVista Road** |
| | **Suite 250** |
| | **Tucker, GA 30084** |
| | **404-373-5153  Fax: 404-537-1761** |
| | **michael@roblgroup.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Georgia

In re    **The G2G Collection, LLC** _____    Case No. _____
                                    Debtor(s)            Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 20, 2020** _____        **/s/ Adam Capes** _____
                                    **Adam Capes**/**Manager**
                                    Signer/Title

Access Media 3, Inc.
29124 Network Place
Chicago, IL 60673-1291


Acorns to Oaks
285 Sheridan Drive
Atlanta, GA 30305


Adam Capes
4777 Rebel Trail
Atlanta, GA 30327


AFP ICON
Accounts Receivable
4300 Wilson Blvd. Ste 300
Arlington, VA 22203


AirPro
#38 Queen Street
Nassau The Bahamas


Ajax Electric, Inc
P.O. Box 8193
Aspen, CO 81612


Allison Haynes
6750 Birch Bark Way
Flowery Branch, GA 30542


Alpert Enterprises, LLC
2401 West Bay Drive
Suite 304
Largo, FL 33770


Amanda Biffle
3221 Newton Street
Denver, CO 80211

American Express
PO Box 650448
Dallas, TX 75265


AmeriGas
P.O. Box 7155
Pasadena, CA 91109


Andrea Lusk
1990 Glen Dale Drive
Denver, CO 80215


Andrew Smith
800 Yamato Road
Suite 100
Boca Raton, FL 33433


Andy Roddick Foundation
ATTN: JJ Langston
8509 FM 969 Bldg 509
Austin, TX 78724


Animoto
10 Astor Place
440 Lafayette Street
New York, NY 10003


AT&T c/o Bankruptcy
4331 Communications Dr
Flr 4W
AR 72511


Auction By Bear
Bear Herbert
2804 Dedman
Pasadena, TX 77503

Auction Eventworks/AMC Bid
170 Boulevard, SE
Suite B806
Atlanta, GA 30312


AVisp.com
6117 Red Winery Road
Geyserville, CA 95441


Bahamas Power and Light
PO BOX N-7509
Nassau
Bahamas


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Becky Shepard
3276 Cypress Lane
Tahlequah, OK 74464


Blacktie Benefit Auctions, LLC
13510 Midlothian Tpke
Suite B
Midlothian, VA 23113


Blue Pencil
2902 Ambergate Road
Winter Park, FL 32792


Bond Property Management
One Cable Beach
West Bay Street, Nassau
BAHAMAS


Brandy Hendry
1082 Greenbriar Circle
Decatur, GA 30033

Brent Avery
2083 Woodside Park Drive
Woodstock, GA 30188


Bret Butler
4830 Boxer Blvd
Concord, CA 94521


Brett Engelhard
10422 Lone Star Place
Davie, FL 33328


Brian McCarthy
1594 Friar Truck Road NE
Atlanta, GA 30309


Brittany  Robinson (Beaudry)
2010 Eaton Street
Edgewater, CO 80214


Brook Furniture Rental
100 Field Drive
Suite 220
Lake Forest, IL 60654


Brook Middleton
4530 Moraga Ave
San Diego, CA 92117


California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531


Castello Thomson
35 Thelma Ave
Toronto, Ontario M4V 1X8
 CANADA

Catalinas Property
Management Services
Las Catalinas, Guanacaste
COSTA RICA


CBRE LIMITED
9-12 Bow Street
Covent Garden, London WC2E 7AB
 United Kingdom


Champions Off the Field
c/o Michael Cook, Esq.
7800 N. Mopac Expy. Ste
Austin, TX 78759


CharityACE LLC
106 Confidence Cove
Lakeway, TX 78734


Chase Visa
Card Svcs
PO Box 15153
Wilmington, DE 19886-5153


Chris Ellis
Endeavor Real Estate Group
500 West 5th St. Ste 700
Austin, TX 78701


Christian Strong
1015 Atlantic Blvd
Suite 338
Atlantic Beach, FL 32233


Churchill Living
56 Utter Avenue
Hawthorne, NJ 10010

City of Sandy Springs
Revenue Division
7840 Roswell Rd, Bldg. 500
Atlanta, GA 30350


Citybell, LLC
177 Irving Avenue
Apt 1R
Brooklyn, New York 11237-0000


Colorado Holdings, LLC
990 S. Rock Blvd
Suite F
Reno, NV 89502


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601


ComED
P.O. Box 6111
Carol Stream, IL 60197-6111


conEdison
P.O. BOX 1702
New York, NY 10116-1702


Corporate Creations
801 US Highway 1
North Palm Beach, FL 33408


Country Life Acres Trust
288 Schuetz Road
STE A40
St. Louis, MO 63146


CSC
251 Little Falls Drive
Wilmington, DE 19808-1674

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197


Custom Benefit Auctions
P.O. Box 416
Morrisville, NC 27560


Cybergate IT, LLC
99 Grove Park Ln
Woodstock, GA 30189


CYMS US Holdings, LLC
211 S. Van Dien Ave
Ridgewood, NJ 07450


Darfler Benefit Auctions &
Consulting
1523 Monarch Circle
Naperville, IL 60564


David Capes
150 Carondalet Plaza
#1503
Saint Louis, MO 63105


David P Ackel Auction, LLC
506 King Eider Lane
Cedar Park, TX 78613


David Valentine
21306 Beach Blvd.
#205
Huntington Beach, CA 92648


Debbie Scheer

```
Dhirenda K. Dhir, Anita Dhir
2711 S Ocean Dr.
Unit 3402
Hollywood, Florida 33019-0000


DirecTV
P.O. Box 105261
Atlanta, GA 30348-5261


DK Consultant Inc dba
California Coast Auctions
27082 Cordero Lane
Mission Viejo, CA 92691


DocuSign, Inc
Dept. 3428
P.O. Box 123428
Dallas, TX 75312-3428


Doreen Saunders
1725 Sterling Trail SW
Marietta, GA 30008


Dr. Joe Mlakar
10909 Bushnell Court
Fort Wayne, Indiana 46845-0000


Dr. Tim Carmody
14162 Willow Drive
Clive, IA 50325


DSI Mechanical Solutions
P.O. Box 876
Glenwood Springs, CO 81602


E.C.C & Associates
E.C.C & Associates
26 Railroad Ave. Suite 117
Babylon, NY 11702
```

Ellen Shumaker
16 Ghost Pony Road
Bluffton, SC 29910


Emma Rodriguez
238 15th Street
Richmond, CA 94801


EnV Chicago
161 West Kenzie
Unit #2211
Chicago, IL 60654


EnV Chicago
161 West Kenzie
Unit #2701
Chicago, Illinois 60654-0000


Epiphany
9781 S Meridian Blvd
Suite 200
Englewood, CO 80112


Equity Estates Fund I, LLC
750 Hammond Drive
Bldg. 6, Suite 300
Atlanta, GA 30328


Equity Residential
105 West 29th Street
New York, NY 10001


Erin McGarry
1474 Sunshine Drive
Jupiter, FL 33458

Five Star Services Property
Management
PO Box 497
Edwards, CO 51632


Fladeboe Auctions
2616 West River Parkway
Minneapolis, MN 55406


Flamingo Beach Villa
Management, LLC
55 E Jackson Blvd, Ste 500
Chicago, IL 60604


Flamingo Beach Villa, LLC
55 E Jackson Blvd
Ste 500
Chicago, IL 60604


Fletcher Properties


Florida Power & Light
General Mail Facility
Miami, Florida 33188-0001


Fontis Mountain Spring Water
P.O. Box 4005
Marietta, GA 30061


Fox Capital Group, Inc.
c/o Joe Lieberman, Esq.
71 S. Central Ave., 2nd FL
Valley Stream, NY 11580


Fox Rothschild LLP
997 Lenox Dr
Bldg 3
Lawrenceville, NJ 08648-2317

Francine Ivey
2300 South Michigan Ave
Unit 716
Chicago, IL 60616


Frazier & Deeter
1230 Peachtree Street
Suite 1500
Atlanta, Georgia 30309-0000


Gabriella Gullotti
87 Rue des Roseaux
NDIP, Quebec J7C 9Y6
 CANADA


Gail Kandel
8405 Topping Road
Pikesville, MD 21208


gEvents LLC
11815 SW Terra Linda St
Beaverton, OR 97005


Gilchrist & Soames
P.O. Box 870
Plainfield, IN 46168-0870


GMK Holdings
142 Lucia Court
Jupiter, FL 33478


Greg Dellinger
1333 Clyde Drive
Naperville, IL 60565


Greg Smith
2684 West Long Place
Littleton, CO 80120

Hacienda Beach Club & Resid.
Gomez Farias S/N Col El Medano
Cabo San Lucas, BCS 23453
Mexico


Hadley  Engelhard
6000 Lake Forrest Drive
Suite 370
Atlanta, GA 30328


Hagler Auction Group
33505 E 156TH CT
Hudson, CO 80642


Handler Thayer LLP
191 North Wacker Drive
23rd Floor
Chicago, IL 60606-1633


Hankco LLC
c/o Philip Fraccola
6031 Bay Hill Circle
Jamesville, NY 13078


Heritage Preparatory School
1700 Piedmont Ave NE
Atlanta, Grorgia 30324-0000


Holly Hersey
60 Ada Lane
Hoboken, GA 31542


Holy Cross Energy
3799 HIGHWAY 82
PO BOX 2150
GLENWOOD SPRINGS, Co 81602

```
Hopson Auction Company
3029 Westforest Drive
Dallas, TX 75229



Inmobiliaria La Seranata S.A.
Desierto de los Leones 52
Subancia 1 Col. San Angel
Mexico City, 01000 MEXICO



Intrepy Healthcare Marketing
Justin Knott
4007 Treelodge Parkway
Atlanta, GA 30350



IPFS Corporation
1122 Lady Street
Suite 1080
Columbia, SC 29201



Jacqueline Towers-Perkins



Jahri & Takia Evans
103 Church Street
PH 20
Philadelphia, PA 19106



Jason Long
901 N Main Street
La Fayette, GA 30728



JC Moreno
PO Box 766
Cloverdale, CA 95425



JDH Auction Services, LLC
400 W Mount Airy Ave
Philadelphia, PA 19119
```

Jeff Leventhal


Jerry Fox
207 Peregrine Lane
Hawthorn Woods, IL 60047


Jim Berz
2667 S. Newport St
Denver, CO 80224


Jim Nye
The Benefit Auction Guy
1290 N. Kraemer Blvd
Placentia, CA 92870


Jive Communications, Inc
PO Box 412252
Boston, MA 00041-2252


Joel Stead
18506 Bearpath Trail
Eden Prairie, MN 55347


Johnny Bravo Entertainment
12127 Arbor Blue
Cypress, TX 77433


Jonathan Randall
Flamingo Beach Road
Guanacaste Province
Playa Flamingo, COSTA RICA


Jones Swenson Auction Marketing, Inc.
900 RR 620 S.
Ste. C101, PMB 200
Austin, TX 78734

Josh Goodhart
5970 Long Island Drive NW
Atlanta, GA 30308


Josh Perlstein
Response Media
3155 Medlock Bridge Road
Norcross, GA 30071


Julie Brown & Dan de Serpa
931 Ridgeview Drive
Healdsburg, CA 95448


Justin Bradshaw
1921 8th Street NW
Unite E-425
Washington, DC 20001


Justina Carroll
3305 Texas Avenue
Parkville, MD 21234


K. Deweese Events
4455 Camp Bowie
Suite 114 #11
Fort Worth, TX 76107


Karen Shultz
5805 Davenport Divide Road
Austin, TX 78738


Karlo Meave
1444 Grand Blvd
Apt 2504
Kansas City, MO 64112


Kelly Banc
298 Deer Run
Carbondale, CO 81623

Kelly Russell Auctions, LLC,
dba Artisan Auctions
9498 SW Barbur Blvd. Ste 302
Portland, OR 97219


Kelvin R. Westbrook
8315 Kingsbury Blvd.
Clayton, MO 63105


KLM Auctions (Keith McLane)
5509 Susan Way
Carmichael, CA 95608


LA Brands
AIA Services, LLC
8148 Solutions Center
Chicago, IL 60677


Lake River Place (Sammy Grant)
333 Sandy Springs Circle
Suite 121
Atlanta, GA 30328


Lambert Auction Co, Inc.
1312 Rodden Dr
Decatur, TX 76234


Lamoreaux Auction and Appraisal LLC
11628 Old Belding Road
Belding, MI 48809


Larissa Chaikowsky
BMO Financial Group
111 W. Monroe, 12 W
Chicago, IL 60603


Larry West
75 Dennison Drive
Glendale Heights, IL 60139

Laura Kelly.
625 Amanda Furnace Dr
Ashland,, KY 41101


Laura Parker
3395 Dry Creek Road
Napa, CA 94588


LAW Holland & Hart
P.O. Box 17283
Denver, CO 80271-0283


LEAF Capital Funding, LLC
1720A Crete Street
Moberly, MO 65270


Legacy Auction Professionals(Lenny Mulli


LG Funding
1218 Union Street
Suite 2
Brooklyn, NY 11225


Linda Degenhardt
c/o Matthew Herrington, Esq.
101 Marietta St NW, Ste 2650
Atlanta, GA 30303


Lisa L. Baruth-Canada
463 Whiting Rd
PO 5644
Eagle, CO 81631


LSQ
315 E. Robinson St.
Suite 200
Orlando, FL 32801

Lucy Rios
PO Box 5161
Eagle, CO 81631


Luxury Villa Collections
9360 Malheur Way
Elk Grove, CA 95758


Luxus Management Co. Ltd.
330,849 Premier Way
Sherwood Park, AB T8H 0V2 CANADA


M Bonnett Family Trust
2133 Merida Court
La Jolla, California 92037-0000


MA Laz Farm, LLC
4 Bannockburn CT
Bannockburn, IL 60015


Madison Autterson
3550 W. 38th Avenue
Denver, CO 80211


Magali Llamas
1782 Pine Street #10
Napa, CA 94558


Make-A-Wish
c/o Steven Meckler, Esq.
101 S. Tryon St., Ste 2200
Charlotte, NC 28290


Marc E Bunting
2030 SW MCALISTER AVE
TOPEKA, KS 66604

Marc Poulin
145 Bar Street, Unit 1
Saint-Laurent, QC H4T 1W6
 CANADA


Marisa's Mission, Inc.
c/o Theresa Koppanati, Esq.
300 Crown Colony Dr., Ste 500
Quincy, MA 02169


Mark & Cinde Cain Schaffer (Marivel,Chul
Seanet Kiawah, LLC
322 Karen Avenue, Unit 3607
Las Vegas, NV 89109


Mark & Heather Willier
3607 Oceanfront Boulevard
Unit 7
San Diego, CA 92109


Mark O. Hackner PFOG
1266 W. Paces Ferry Road
Box 443
Atlanta, GA 30327


Mark Schustrin Auctioneer
1007 Havenhurst Drive
Los Angeles, CA 90046


Mark T. Hawkins
P.O. Box 3192
Midland, TX 79702


Marks The Spot Events
20 Enterprise Ct
Suite 9
Napa, CA 94558

Marquam Auction Agency, LLC
521 SW 11th Ave.
Suite 306
Portland, OR 97205


Mary Beth and Ross Sabath
1776 Victoria Pointe Circle
Weston, FL 33327


Matouk
118 W 22nd Street
9th Floor
New York, NY 10011


Matthew Bennett
116 Arrayan
Bucerias, MX 63732 Mexico


McLain Investments, LLC
101 Brightwood Drive
Lafayette, Louisiana 70508-0000


Meares & Associates, LLC
2 Hidden Fawn Place
Simpsonville, SC 28680


Melanie & Patrick Zimmer
8528 N Donnelly Court
Kansas City, MO 64157


Michael Blair Productions
P.O. Box 551108
Atlanta, Georgia 30355-0000


Michael Thompson
Box 1168
Avon, CO 81620

Michele A. Coffey
Morgan Lewis
101 Park Avenue
New York, NY 10178


Michele Chester
812 Mathews Street
Fort Collins, CO 80524


Michele LaRocca
90 Bedell Avenue
Hempstead, NY 11550


Michele Richardson
755 Braves Avenue
Unit 1406
Lawrenceville, GA 30043


Michelle Hill (Blue Girl Concierge 30A)
90 Albatross Court
Santa Rosa Beach, FL 32459


Mike Lazarus
Laz Ten The Palms
Flamingo Beach Rd., Guanacaste
Playa Flamingo, COSTA RICA


Mimi's Cleaning
P.O. Box 2310
Edwards, CO 81632


Montero Productions
Montero Productions
10608 NE 13th Street
Bellevue, WA 98004


Monumental Partnership Ltd (Arrowleaf De
5615 Piping Rock Lane
Houston, Texas

Mountain Home Photo
114 Apen Village Road
Aspen, CO 81611


Mountain Management
0026 Avondale Lane
Avon, CO 81620


Murad Auction Group, LLC (Louis Murad)
3105 Burgundy Trail
Rowlett, TX 75088


Muy Ono
34 Herff Road
Boerne, TX 78006


Muy Ono (Thatch Caye)
2101 Montopolis Drive
Austin, TX 78741


Nashville Benefit Auctions
4642 Shores Road
Murfreesboro, TN 37128


Nate's Laundry
1844 Lanark Drive
Vallejo, CA 94591


National Corporate Research
850 New Burton Road
850 New Burton Road Suite 201
Dover, Delaware 19904-0000


Nick DiNieri
27330 Albion Ct
Tamecula, CA 92591

Nicolas Meakins
606 Rue De la Sucrerie
Montreal, QC H3K2G7
CANADA


Nicole Alejandra Thein
Luxury Getaways LLC
36 NE 1st Street Suite 607
Miami, FL 33132


Nilus de Matran (Sonoma)
1924 20th Street
San Francisco, CA 94107


Noel Acutioneer & Marketing Group
114 Pasadena Drive
Lexington, KY 40503


North of Nell Condiminiums
555 E. Durant
Aspen, CO 81611


North Shore Animal League
25 Davis Avenue
Port Washington, NY 11050


Owner's Helper, Inc.
1132 Cutter Lane
Park City, UT 84098


Oxley Ventures (Joel Stead)
18506 Bearpath Trail
Eden Prairie, MN 55347


Palms Oceanside Villa Mgmt, LLC
55 E Jackson Blvd
Ste 500
Chicago, IL 60604

Palms Oceanside Villa, LLC
55 E Jackson Blvd
Ste 500
Chicago, IL 60604


Park City Rentals
314 Main Street
Ste 201
Park City, UT 84060


Pat Tully, Inc.
45 W. 60th Street
Apt 30C
New York, NY 10023


Paul Oblon
2056 Westings Ave
Suite 500
Naperville, IL 60563


PB Cleaners LLC
1100 Industrial Blvd
Space I-4
Chula Vista, CA 91911-2645


Pest Away
45 Broadway
10th FL
New York, NY 10006


Pettit Photography
P.O. Box 852
Vail, Colorado 81658-0000


PG&E
P.O. Box 997300
Sacramento, California 95899-7300

Pitney Bowes
P.O. Box 371896
Pittsburgh, Pennsylvania 15250-7896


Playa Flamingo Villa, LLC
4 Bannockburn CT
Bannockburn, IL 60015


Portnoy Garner & Nail LLC
3350 Riverwood Parkway
Suite 460
Atlanta, GA 30339


Project C.U.R.E.
10377 E Geddes Ave
Centennial, CO 80112


Rachel Tracz
5810 Lee Ave
Richmond, VA 23226


Red Cloud Auctions
1045 TUNBRIDGE COURT
Lawrenceville, GA 30043


Resort Maintenance Partners
1130 North County Hwy 395
Suite A
Santa Rosa Beach, FL 32459


Rick Gallo Auctioneer


Rick Ragghianti

RM Auctioneers LLC
dba Beeline Auctions
10770 South 49th West Avenue
Sapulpa, OK 74066


Rogers Diversified, Inc.
8036 Puddleduck Lane
Spring Hill, TN 37174


Running On MT
SKI Town, Box 1168
Avon, CO 81620


Saffer and Company, Inc.
23415 RIO DEL MAR DR
BOCA RATON, FL 33486


Sandra (Susie) Huddleston


Sarah Beechler
2351 Newton Street
Denver, CO 80211


Sarah Rewold
c/o Matthew Herrington, Esq.
101 Marietta St NW, Ste 2650
Atlanta, GA 30303


Sayre & Jones Auctioneers, Ltd.
1836 North Ridge Avenue
Arlington Heights, Illinois 60004-3749


Scott Daggett
1610 Boulder Street
Apt 203
Denver, CO 80211

Sean Dollinger
c/o Holiday H. Russell, Esq.
2699 Stirling Rd., Ste A-105
Fort Lauderdale, FL 33312


Shane Mouton Auctioneer



Silverman, Thompson, et al.
201 N. Charles Street
26th Floor
Baltimore, MD 21201


Sky Companies, Inc.
9703 North Courtland Dr
Mequon, Wisconsin 53092-0000


Spectrum
PO Box 11820
Newark, NJ 07101-8120


Subyn Novelle Wadsworth
Auctions by Subyn LLC
10632 N Scottsdale #B-521
Scottsdale, AZ 85254


SWFL Children's Charities, Inc
2031 Jackson Street
Suite 110
Fort Myers, FL 33901


Swing City Auctions
5760 Legacy Drive
Suite B3-518
Plano, TX 75024

Taylor English Duma LLP
c/o Gerald B. Kline, Esq.
1600 Parkwood Circle, Ste 200
Atlanta, GA 30330


The Animal Defense Partnership
3 West Main Street
Suite 201-e
Irvington, NY 10533


The Arc of the Capital Area
c/o Kristi M. Aronica, Esq.
100 Congress Ave. Ste 2000
Austin, TX 78701


The Eden Club
St. Andrews
Cupar, KY15 2SW
UNITED KINGDOM


The Levanter Accounting Group
1659 Hwy 20 W
Suite 126
McDonough, GA 30253


The Promo Girl, LLC
5372 Turnberry Drive
Westerville, OH 43082


The Property Crew
Unit 2.25, Q West, Great West Road
Brentford, Middlesex, TW8 0GP
 United Kingdom


The Residence Club at Teton Springs
3485 N. Pines Way Suite 108
Wilson, WY 83014

```
Thomas Porth
220 West Ridgeway
Suite 105
Waterloo, IA 50701


Thrall Enterprises, Inc.
180 N Stetson Ave Suite 4330
Chicago, IL 60601


Tim Crain
811 Melbourne Road
Eagle, WI 53119


Tish Jimenez
206 Lacet Ct
Aspen, CO 81611


TradeWinds Yacht
Mill Mall, STE 6
Wickhams Cay 1 PO Box 3085
Road Town Tortola, VG1110 BVI


Trevor Maurer
6930 Carmel Court
Suwanee, GA 30024


Trevor Maurer
1624 Hutton Place
Cumming, GA 30041


Triton Recovery Group, Inc.
1600 S. Federal Highway
Suite 600
Pompano Beach, FL 33062


UPLYFT
Elite VIP Access LLC
316 Bergen Street Suite 307
New York, NY 11217
```

Vallarta Rentals/Luxury Proper
Terralta 2 Calle Arrayan 120
Bucerias Riviera Nayarit 63732
MEXICO


Vallarta Transfers & Incentive
Manuel Avila Camacho #334
Lazaro Cardenas Vallarta
Jalisoco, 48330 MEXICO


Velasquez Landscape
Construction, Inc.
P.O. Box 1408
Healdsburg, CA 95448


Venice Simplon Orient Express
205 Meeting Street
Charleston, SC 29401


Verizon Communications
P.O. Box 15124
Albany, NY 12212-5124


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Virginia Mock
127 1/2 43rd Street
Newport Beach, CA 92663


Walker Auctions
1930 Exeter Road
Germantown, TN 38138


WaterSound
6508 Twin Oaks Drive
Plano, TX 75024

Wayne Wheat Enterprises
3109 Westchester Avenue
College Station, TX 77845


Willmann Auctions
509 King Eider Lane
Cedar Park, TX 78613


Winter Capriola Zenner LLC
3490 Piedmont Rd NE
#800
Atlanta, GA 30305


WOW Factor Lifetime
Experiences
4920 Atlanta Hwy #438
Alpharetta, GA 30004


WP LLC
924 Maxwell Street
Healdsburg, CA 95448


Xiomara Estrella
Manzana 45, No. 1 Calle A
Punta Cana, Higuey
Provincia La Altagracia, Repub


Yvette Robinson
58 Queen s Gate Flat 1A
London, SW7 5JW
United Kingdom

# United States Bankruptcy Court
## Northern District of Georgia

In re   **The G2G Collection, LLC** _____    Case No. _____

                                      Debtor(s)                 Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The G2G Collection, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 20, 2020** _____      **/s/ Michael D Robl** _____
Date                                             **Michael D Robl 610905**

Signature of Attorney or Litigant
Counsel for    **The G2G Collection, LLC** _____

**Robl Law Group LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153 Fax:404-537-1761**
**michael@roblgroup.com**