# COMPANY RESOLUTION & CONSENT

**IT IS HEREBY RESOLVED THAT** <u>The G2G Collection, LLC</u> ("the Company"), through appropriate documents executed by any Officer or Manager, including <u>Adam Capes</u> is hereby authorized to file Chapter 7 bankruptcy for the Company, to execute all documents necessary or desirable to file in the Chapter 7 case, to retain legal counsel, accountants, appraisers, tax consultants, brokers, realtors, auctioneers and other professionals (collectively, "Reorganization Professionals") to represent it in its bankruptcy proceedings (including Michael D. Robl and Robl Law Group, LLC), and to take any and all other action which is necessary or desired to protect the assets of the Company, to sell or otherwise dispose of the assets of the Company, including a complete liquidation of any and all assets, and/or to reorganize and restructure its obligations.

**IT IS FURTHER RESOLVED THAT** this Resolution & Consent is given in lieu of a formal meeting of directors, shareholders, members and/or managers, who have waived any and all requirements and formalities under any and all applicable Articles of Incorporation, Articles of Organization, Operating Agreements, By Laws, Members Agreements, Shareholders Agreements, and any and all other operative documents of the Company (including through any amendments, collectively "Operative Documents") and Georgia law or any other applicable law (together with the Operative Documents being referred to collectively as "Operative Law"), including any requirements of notice, attendance, quorum, voting, and otherwise for a formal meeting and decision-making procedures.

**IT IS FURTHER RESOLVED THAT** execution of this Resolution & Consent and taking of the actions authorized herein shall not constitute events of dissolution or termination of the Company, notwithstanding any language to the contrary in any Operative Law.

**IT IS FURTHER RESOLVED THAT** <u>Adam Capes</u> is designated as the Officer and Manager for purposes of making decisions regarding and/or during the Chapter 7 bankruptcy on behalf of the Company, and Reorganization Professionals may rely on directions from the aforesaid Officer and Manager without seeking formal or informal votes, written resolutions or consent forms, or other approvals from any other Director, Shareholder, Officer, Member, and/or Manger of the Company.

This Resolution & Consent may be signed and/or transmitted in facsimile versions or counterparts, including in electronic format (*e.g.*, .pdf, .tif, .jpeg), each of which shall constitute one and the same document when taken together, and which shall have the force and effect of a document bearing original ink signature(s).

The undersigned represent(s) that she/he/they are the members of the Company with authority pursuant to Operative Law to enter into this Resolution & Consent, and that the signatures of the undersigned are sufficient to authorize the actions taken herein without obtaining further approvals.

Dated this <u>20th</u> day of <u>May, 2020</u>.

In witness whereof each of the undersigned has set their hand as of the date first above written:

_____
[SIGNATURE]

_Adam Capes_
[PRINTED NAME]