THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| THE G2G COLLECTION, LLC | * | CASE NO. 20-66554-BEM |
| | * | |
| Debtor. | * | JUDGE BARBARA ELLIS-MONRO |
| | * | |
| | * | |

## NOTICE OF PROPOSED ABANDONMENT

In accordance with Fed. R. Bank. P. 6007, the Trustee hereby gives NOTICE of the proposed abandonment of the following described property:

All personal property, equipment and office furniture, including, without limitation, all used office desks, chairs, file cabinets, TV monitor, and all other business furniture, fixtures and equipment.
All other documents, books and records located at Debtor's former place of business.

The Trustee believes such property is of no value to the Estate. Any objection by a party in interest shall be made in writing and filed with the Clerk of this Court at 1340 Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303 and a copy served on the Trustee within fourteen (14) days from the date of the mailing of this Notice. If no written objection is filed within fifteen (15) days, the property shall be deemed abandoned without further hearing or Order of this Court.

Dated: July 9, 2020.                              \s\ Edwin K. Palmer
                                                  Edwin K. Palmer
                                                  Chapter 7 Trustee
                                                  GA Bar No. 560100


P.O. Box 1284
Decatur, GA 30031
(404) 479-4450