Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-66554 BEM  
**Case Name:** G2G COLLECTION, LLC  

**Period Ending:** 09/30/20

**Trustee:** (300370)    Edwin K. Palmer  
**Filed (f) or Converted (c):** 05/20/20 (f)  
**§341(a) Meeting Date:** 06/23/20  
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | www.g2gcollection.com. | Unknown | Unknown | | 0.00 | Unknown |
| 2 | A/R 90 days old or less | Unknown | Unknown | | 0.00 | Unknown |
| 3 | Office Furniture | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 4 | Customer list of charity clients | Unknown | Unknown | | 0.00 | Unknown |
| 5 | Other machinery, equipment | Unknown | Unknown | | 0.00 | Unknown |
| 6 | SalesForce database | Unknown | Unknown | | 0.00 | Unknown |
| 6 Assets | Totals (Excluding unknown values) | $2,000.00 | $2,000.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Follow proof of claim filed in Chapter 11, Adam Capes, Debtor, Case No. 20-68493-BEM.  Investigation of potential avoidable transfers and potential insider claim against Chapter 11 Debtor.

**Initial Projected Date Of Final Report (TFR):** September 30, 2021    **Current Projected Date Of Final Report (TFR):** September 30, 2021